PANISH SHEA & BOYLE LLP
KEVIN BOYLE, State Bar No. 192718
  *boyle@psblaw.com*
PETER KAUFMAN, State Bar No. 269297
  *pkaufman@psblaw.com*
JESSE MAX CREED, State Bar No. 272595
  *creed@psblaw.com*
GREGORY M. SONSTEIN, State Bar No. 320184
  *sonstein@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

BENJAMIN SIMINOU
  *ben@siminouappeals.com*
2305 Historic Decatur Rd., Ste. 100
San Diego, CA 92106
Telephone: 858.877.4184

Attorneys for Plaintiffs, ANDREW SHEETS and
KRISTINE SHEETS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW SHEETS, an individual, KRISTINE SHEETS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>F. HOFFMAN-LA ROCHE LTD; F. HOFFMAN-LA ROCHE, INC.; GENENTECH, INC.; and DOES 1-100,,<br><br>    Defendant. | Case No. 3:18-cv-04565-JST<br><br>The Hon. Jon S. Tigar<br><br>**JOINT STIPULATION TO RESET HEARING DATE FOR MOTION TO REMAND, REVISE BRIEFING SCHEDULE, AND EXTEND RESPONSIVE PLEADING DEADLINE BY DEFENDANTS PURSUANT TO FED. R. CIV. P. 6(b) AND CIVIL LOCAL RULE 6-1(b)**<br><br>[Removal from Superior Court of the State of California, County of Sonoma, Case No. SCV-262710]<br><br>Action Filed: June 28, 2018 |

Case No. 3:18-cv-04565-JST

417842 v1

WHEREAS, Plaintiffs Andrew Sheets and Kristie Sheets ("Plaintiffs") timely filed a Notice of Motion and Motion to Remand the Case Back to State Court ("Motion to Remand") pursuant to 28 U.S.C. § 1447(c) on August 27, 2018, ECF 10, with a hearing on the Motion to Remand set for October 16, 2018;

WHEREAS, Defendants Hoffmann-La Roche Inc. and Genentech, Inc. ("Removing Defendants," and together with the Plaintiffs, the "Parties") timely filed an opposition to the Motion to Remand on September 25, 2018, ECF 17;

WHEREAS, Removing Defendants filed a Consent or Declination to Magistrate Judge Jurisdiction in which they declined to have a U.S. Magistrate Judge conduct all further proceedings in this case and requested that the case be reassigned to a U.S. district judge, ECF 20;

WHEREAS, on September 28, 2018, the clerk of the court filed a notice indicating that all hearing dates presently scheduled before the Magistrate Judge (including the hearing date for the Motion to Remand) were vacated and should be re-noticed before the district judge to whom the case is assigned, ECF 21;

WHEREAS, on October 1, 2018, the clerk of the court reassigned the case to this Court;

WHEREAS, Federal Rule of Civil Procedure Rule 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time … expires";

WHEREAS, Civil L.R. 6-1(b) provides that the Removing Defendants and Plaintiffs may file a "request for a Court order enlarging… time…by written stipulation" where such extension would alter a deadline already fixed by the Court;

WHEREAS, the Plaintiffs' deadline to file a Reply to the Opposition to the Motion to Remand is currently October 2, 2018, pursuant to a prior stipulation, ECF 15-16;

WHEREAS, the Removing Defendants' deadline to file a responsive pleading to the Complaint is currently October 2, 2018, pursuant to a prior stipulation, ECF 7-8;

WHEREAS, with respect to the deadlines extended herein, each Party to this Joint Stipulation agrees not to assert against any other Party to this Joint Stipulation any defense based on the failure to meet an original deadline prescribed by Federal rule or statute, so long as the

417842 v1

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

Parties timely file the applicable motion or pleading within the deadlines prescribed herein;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any rights, defenses, affirmative defenses, or objections, including without limitation, those related to personal jurisdiction, service of process, or statute of limitations.

## **STIPULATION**

**NOW, THEREFORE**, pursuant to Federal Rule Civil Procedure Rule 6(b) and Civil L.R. 6-1(b), the Parties hereby agree and stipulate, and request the Court to extend the time, as follows:

1. The deadline for Removing Defendants to file a responsive pleading to Plaintiffs' Complaint is extended to October 9, 2018.

2. The hearing on Plaintiffs' Motion to Remand is reset to November 8, 2018.

3. The deadline for Plaintiffs to file a Reply in support of the Motion to Remand is extended to October 25, 2018.

4. The Parties additionally reserve all rights to seek further extensions as necessary.

**IT IS SO STIPULATED.**

Dated: October 2, 2018

/s/ Jesse Max Creed
Peter L. Kaufman, Esq.
Jesse Max Creed, Esq.
*Attorneys for Plaintiffs*
Andrews Sheets and Kristie Sheets

Dated: October 2, 2018

/s/ Alexander A. Guney
Michael F. Healy, Esq.
Emily M. Weissenberger, Esq.
Alexander A. Guney, Esq.
*Attorneys for Defendants*
Hoffmann-La Roche Inc. and
Genentech, Inc.

**[PROPOSED]** **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October  4 , 2018

_____
JUDGE TIGAR

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 5-1(i), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: October 2, 2018

/s/ Jesse Creed
Jesse Creed

JOINT STIPULATION TO EXTEND TIME
CASE NO. 18-cv-04565-JST

417842 V1