SHOOK HARDY & BACON L.L.P.
MICHAEL F. HEALY, State Bar No. 95098
*mfhealy@shb.com*
EMILY M. WEISSENBERGER, State Bar No. 248898
*eweissenberger@shb.com*
ALEXANDER A. GUNEY, State Bar No. 308192
*aguney@shb.com*
One Montgomery Tower, Suite 2700
San Francisco, CA 94104-2834
Telephone: 415.544.1900
Facsimile: 415.391.0281

*Attorneys for Defendants*
HOFFMANN-LA ROCHE INC. [erroneously sued as F. Hoffmann-La Roche, Inc.] and
GENENTECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW SHEETS, an individual, KRISTINE SHEETS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>F. HOFFMAN-LA ROCHE LTD; F. HOFFMAN-LA ROCHE, INC.; GENENTECH, INC.; and DOES 1-100,,<br><br>Defendants. | Case No. 3:18-cv-04565-JST<br><br>The Hon. Jon S. Tigar<br><br>**JOINT STIPULATION TO (1) RESET HEARING DATES FOR MOTION TO REMAND [ECF 10] AND MOTION TO DISMISS [ECF 26]; AND (2) REVISE BRIEFING SCHEDULE PURSUANT TO FED. R. CIV. P. 6(b) AND CIVIL LOCAL RULE 6-1(b)**<br><br>[Removal from Superior Court of the State of California, County of Sonoma, Case No. SCV-262710]<br><br>Action Filed: June 28, 2018 |

## I. MOTION TO REMAND

WHEREAS, Plaintiffs Andrew Sheets and Kristie Sheets ("Plaintiffs") timely filed a Notice of Motion and Motion to Remand the Case Back to State Court ("Motion to Remand") pursuant to 28 U.S.C. § 1447(c) on August 27, 2018 [ECF 10], with a hearing on the Motion to Remand initially set for October 16, 2018;

WHEREAS, Defendants Hoffmann-La Roche Inc. and Genentech, Inc. ("Removing Defendants," and together with the Plaintiffs, the "Parties") timely filed an opposition to the Motion to Remand on September 25, 2018 [ECF 17];

WHEREAS, Plaintiffs reply brief in support of the Motion to Remand is currently due on October 25, 2018 pursuant to a previous joint stipulation and order [ECF 24 & 25];

WHEREAS, the Motion to Remand is currently set to be heard November 8, 2018 pursuant to a previous joint stipulation and order [ECF 24 & 25];

## II. MOTION TO DISMISS

WHEREAS, Removing Defendants timely filed a Notice of Motion and Motion to Dismiss and Strike ("Motion to Dismiss") on October 9, 2018 [ECF 26], with a hearing on the Motion to Dismiss set for December 13, 2018;

WHEREAS, Plaintiffs' opposition to the Motion to Dismiss is currently due on October 23, 2018 pursuant to Civil L.R. 7-3(a);

WHEREAS, the Removing Defendants reply brief in support of the Motion to Dismiss is currently due on October 30, 2018 pursuant to Civil L.R. 7-3(c);

## III. AUTHORITY

WHEREAS, Federal Rule of Civil Procedure Rule 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time … expires";

WHEREAS, Civil L.R. 6-1(b) provides that the Removing Defendants and Plaintiffs may file a "request for a Court order enlarging… time…by written stipulation" where such extension would alter a deadline already fixed by the Court;

///

418790 v1

1  WHEREAS, the Moving Defendants schedule conflicts with the Motion to Remand hearing, currently set for November 8, 2018;

WHEREAS, the Parties agree that it will be in their and the Court's best interest to consolidate hearings on the Motion to Remand and the Motion to Dismiss on the same day;

WHEREAS, the Parties are both available on December 6, 2018 for hearings on the Motion to Remand and Motion to Dismiss, and the Court appears to be available December 6, 2018 based on a review of the Court's online calendar;

WHEREAS, the Parties agree to revise the briefing schedule according to the proposed new hearing date for the Motion to Remand and Motion to Dismiss;

WHEREAS, the Parties hereby jointly agree and stipulate to modify the current briefing schedule as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| **Motion to Remand** |  |  |
| Plaintiffs' Reply | October 25, 2018 | November 8, 2018 |
| Hearing | November 8, 2018 | December 6, 2018 |
| **Motion to Dismiss** |  |  |
| Plaintiffs' Opposition | October 23, 2018 | November 8, 2018 |
| Removing Defendants' Reply | October 30, 2018 | November 22, 2018 |
| Hearing | December 13, 2018 | December 6, 2018 |

WHEREAS, with respect to the deadlines extended herein, each Party to this Joint Stipulation agrees not to assert against any other Party to this Joint Stipulation any defense based on the failure to meet an original deadline prescribed by Federal rule or statute, so long as the Parties timely file the applicable motion or pleading within the deadlines prescribed herein;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any rights, defenses, affirmative defenses, or objections, including without limitation, those related to personal jurisdiction, service of process, or statute of limitations.

418790 v1

# STIPULATION

**NOW, THEREFORE**, pursuant to Federal Rule Civil Procedure Rule 6(b) and Civil L.R. 6-1(b), the Parties hereby agree and stipulate, and request the Court revise the current briefing and hearing schedule for Plaintiffs' Motion to Remand and the Removing Defendants' Motion to Dismiss, as follows:

| **Motion to Remand** | |
| --- | --- |
| Plaintiffs' Reply | November 8, 2018 |
| Hearing | December 6, 2018 at 2:00pm |
| **Motion to Dismiss** | |
| Plaintiffs' Opposition | November 8, 2018 |
| Removing Defendants' Reply | November 22, 2018 |
| Hearing | December 6, 2018 at 2:00pm |

The Parties additionally reserve all rights to seek further extensions as necessary.

**IT IS SO STIPULATED.**

Dated: October 12, 2018

/s/ Jesse Max Creed
Peter L. Kaufman, Esq.
Jesse Max Creed, Esq.
*Attorneys for Plaintiffs*
Andrews Sheets and Kristie Sheets

Dated: October 12, 2018

/s/ Alexander A. Guney
Michael F. Healy, Esq.
Emily M. Weissenberger, Esq.
Alexander A. Guney, Esq.
*Attorneys for Defendants*
Hoffmann-La Roche Inc. and
Genentech, Inc.

418790 v1

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 17, 2018

_____
JUDGE TIGAR

## ATTESTATION OF SIGNATURE

Pursuant to Civil L.R. 5-1(i), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: October 12, 2018

*/s/ Alexander Guney*
Alexander Guney

---

JOINT STIPULATION TO EXTEND TIME
CASE NO. 18-cv-04565-JST

418790 V1